

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DALE EVAN SLAPE, | § | No. 08-21-00166-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| WAL-MART STORES TEXAS, LLC AND WAL-MART STORE, INC., | § | of El Paso County, Texas |
| | § | (TC# 2020-DCV-1388) |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the reply brief until **July 1, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brittany Lopez, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before July 1, 2022.

IT IS SO ORDERED this 31st day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.